# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE R. MERCADO aka JOSE REFUGIO MERCADODEANDA, individually and dba THE BAR B-Q PIT,<br><br>　　　　　Defendant. | No. 1:14-cv-00739---BAM<br><br>**ORDER VACATING STATUS CONFERENCE** |

On June 16, 2014, the Court set a Status Conference to determine, among other things, whether the parties would consent to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 7.) Both parties have so consented. (Doc. 4, 9.) Accordingly, the Court VACATES the Status Conference set for June 30, 2014. The parties' Stipulation to continue the Status Conference (Doc. 8) is DENIED as moot. The scheduling conference remains as previously set for August 19, 2014 at 8:30 a.m. in Department 8.

IT IS SO ORDERED.

　Dated:   **June 17, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE