UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | ) No. 1:14-cv-00739-BAM |
| Plaintiff, | ) **DISMISSAL ORDER** |
| vs. | ) |
| JOSE R. MERCADO aka JOSE REFUGIO MERCADODEANDA, individually and dba THE BAR B-Q PIT, | ) **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |
| Defendant. | ) |

On November 25, 2014, Plaintiff's filed a request to dismiss this action. (Doc. 23). Accordingly, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 25, 2014**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE